| | | | |
|---|---|---|---|
| Case No. | **CV 17-8405 DMG (SSx)** | Date | November 27, 2017 |
| Title | *U.S. Bank National Association v. Dora Cervantes, et al.* | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

      This matter comes before the Court upon *pro se* Defendant Dora Cervantes' November 17, 2017 removal of Plaintiff's unlawful detainer action, which Plaintiff originally filed in Los Angeles County Superior Court on June 20, 2017. [Doc. # 1.] The Notice of Removal is identical to two previous notices filed on September 5, 2017 and November 1, 2017 in related cases, *U.S. Bank National Association v. Dora Cervantes*, No. CV 17-6526-DMG-SSx (C.D. Cal.) and *U.S. Bank National Association v. Dora Cervantes*, No. CV 17-7981-DMG-SSx (C.D. Cal.), respectively, both of which also attempted to remove the action to federal court. [*See* Case No. 17-6526-DMG-SSx, Doc. # 1; Case No. 17-7981-DMG-SSx, Doc. # 1.]

      On November 14, 2017, this Court incorporated the September 11, 2017 Remand Order issued in that related case [Case No. 17-6526-DMG-SSx, Doc. # 6] and warned that further efforts to remove the same action to federal court would result in summary remand of the case and imposition of monetary sanctions upon the removing parties. [Case No. 17-7981-DMG-SSx, Doc. # 13.]

      The Court therefore **REMANDS** this action to the Los Angeles County Superior Court on the same grounds and **SANCTIONS** Defendant Dora Cervantes for the repeated frivolous filing, which the Court finds was undertaken willfully and in bad faith. Cervantes shall remit $500 payable to the Clerk of the U.S. District Court, Central District of California and file proof of such payment within 15 days of the date of this Order. Any further attempts to remove the same case will result in summary remand and additional sanctions.

**IT IS SO ORDERED.**


cc: Fiscal Services